# EXHIBIT B

# FIRST AMENDMENT TO DATA MONETIZATION AGREEMENT

This First Amendment to the Data Monetization Agreement (this "**Agreement**") is made and entered into as of the later of the two signature dates below ("**Effective Date**"), between X-Mode Social, Inc. (**"X-Mode"**), a Delaware corporation with a primary address of P.O. Box 3273 Reston, VA 20195and Advan Research Corporation, LLC ("**Licensee**"), a Delaware corporation with offices at 545 Fifth Ave., Suite 316, New York, NY 10017.

All capitalized terms used herein without definition shall have the same meanings as set forth in the Original Agreement (defined below).

WHEREAS, X-Mode and Licensee have entered into a Data Monetization Agreement dated as of April 6, 2018 (the "**Original Agreement**"), and wish amend and extend the Original Agreement in accordance with the terms hereof (as amended, the "**Agreement**");

NOW, THEREFORE, for good and valuable consideration, the Parties mutually agree as follows:

Section 2 of Exhibit A is modified in its entirety to:

> "**Fees To Be Paid.** Licensee shall pay the following Fees, on a monthly or CPM basis, as set forth below and under provisions further set forth in the Agreement, provided that X-Mode shall deliver the X-Mode data to Licensee no later than it does to any of its other clients, unless otherwise agreed in writing by Licensee:
>
> 1. **Standard Rev Share**: Up to and including March 2020: Licensee will pay X-Mode the higher of the following: ███████████████████████████████████████████████████████████████
>
> 2. **Top Line Rev Share:** From each calendar year starting on April 1, 2020 (each, a "Calendar Year Period"):
>    (a) ████████████████████████████████████████████████████████████████
>    (b) ████████████████████████████████████████████████████████████████
>    (c) ████████████████████████████████████████████████████████████████

3. **Black Listing:** ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

4. **Reporting**: Within fifteen (15) days from the end of each applicable month, Licensee shall provide to X-Mode via electronic mail to AR@xmodesocial.com a complete and accurate written report outlining (i) Licensee's gross revenue share on financial sales leveraging X-Mode Data during the applicable calendar month; (ii) a calculation of the Standard Rev Share or Top Line Rev Share fees (as applicable) that are due and payable to X-Mode for such reporting period; and (iii) any other information reasonably requested by X-Mode to verify the accuracy of the payments hereunder ("**Monthly Report**").

5. **Payments**. Notwithstanding anything to the contrary in the Agreement, X-Mode shall invoice Licensee on or around the first of each following month in which the X-Mode Data was provided. Payment of such invoices shall be due in accordance with Section 3(b) of the Agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date written below.

**X-Mode Social, Inc.**

By: *Joshua Anton*

Name: Joshua Anton

Title: CEO

Date: 04 / 17 / 2020

**Licensee**

By: *[signature]*

Name: Yiannis Tsiounis

Title: CEO

Date: 04 / 17 / 2020



# Audit Trail

| | |
|---|---|
| **TITLE** | Demand_2020.04.17_AdvanTechnologies_Original_v2X |
| **FILE NAME** | Demand_2020.04.17..._Original_v2X.pdf |
| **DOCUMENT ID** | 12a5fbd4adf7e4bda870892b1c7abb408839c738 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

## Document History

**SENT** — **04 / 17 / 2020** 10:29:00 UTC-5
Sent for signature to Yiannis Tsiounis (yiannis@advan.us) and Joshua Anton (josh@xmodesocial.com) from contracts@xmodesocial.com
IP: 72.66.70.76

**VIEWED** — **04 / 17 / 2020** 10:29:31 UTC-5
Viewed by Yiannis Tsiounis (yiannis@advan.us)
IP: 208.64.73.56

**VIEWED** — **04 / 17 / 2020** 10:44:15 UTC-5
Viewed by Joshua Anton (josh@xmodesocial.com)
IP: 68.98.162.120

**SIGNED** — **04 / 17 / 2020** 10:39:26 UTC-5
Signed by Yiannis Tsiounis (yiannis@advan.us)
IP: 208.64.73.56

**SIGNED** — **04 / 17 / 2020** 10:44:57 UTC-5
Signed by Joshua Anton (josh@xmodesocial.com)
IP: 68.98.162.120

**COMPLETED** — **04 / 17 / 2020** 10:44:57 UTC-5
The document has been completed.